

**FILED**

FEB 0 5 2018

Clerk, U.S District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 9:18-PO-5002-JCL |
| | CVB Violation No: |
| Plaintiff, | FBGA001C |
| vs. | |
| | ORDER |
| JIM SOLOMON, | |
| Defendant. | |

Plaintiff's counsel, Bryan Whittaker, Assistant U.S. Attorney, submitted a letter to the Court dated December 11, 2017, advising that Plaintiff has reached an agreement with Defendant. Plaintiff has agreed to reduce the total amount due on the violation notice from $230.00 to $115.00, inclusive of fees and costs and Defendant has agreed to forfeit that amount.

**ACCORDINGLY, IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $115.00, which has been paid in full.

The Clerk of Court is directed to forward a copy of this Order to the Central Violations Bureau, to the U.S. Attorney's office, and to the Defendant at 11396 Sleeman Cr. Rd., Lolo, MT 59847.

CVB is directed to enter **PF** as the disposition code.

DATED this  5  day of February, 2018.

_____
Jeremiah C Lynch
United States Magistrate Judge

c:  USA
    Def
    CVB